FILED
SEP 2 3 2010

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 10-40051 |
| Plaintiff, | * | |
| vs. | * | REPORT AND RECOMMENDATION ON DEFENDANT'S CHANGE OF PLEA |
| DONALD BOWN, | * | |
| Defendant. | * | |

This matter came before the court for a change of plea hearing on Thursday, September 23, 2010. The Defendant, Donald Bown, appeared in person and by his counsel, Assistant Federal Public Defender Tim Langley, while the United States appeared by its Assistant United States Attorney, Kevin Koliner.

The defendant consented in open court to the change of plea before a United States magistrate judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge. Further, the parties waived their right to file any objections to the report and recommendation. Also, Defendant waived his right to prosecution by indictment and consented to prosecution by superseding information instead.

Defendant has reached a plea agreement wherein he intends to plead guilty to the Superseding Information which charges him with Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §§ 1343 and 1349 At the hearing, the defendant was advised of the nature of the charges to which the defendant would plead guilty and the maximum penalties applicable, specifically: 20 years

imprisonment; a $250,000 fine; or both; 3 years supervised release; 2 additional years imprisonment if supervised release is revoked; a $100 special assessment, and restitution.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and that his plea of guilty to the Superseding Information is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. The defendant's guilty plea to the Superseding Information is accepted. It is my report and recommendation that the defendant be adjudged guilty of that offense.

Upon imposition of sentence the government intends to move to dismiss the Indictment.

Dated this 23rd day of September, 2010.

BY THE COURT:

s/John E. Simko

John E. Simko
United States Magistrate Judge